**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE: OIL SPILL BY THE OIL RIG**
**"DEEPWATER HORIZON" IN THE**
**GULF OF MEXICO, ON APRIL 20, 2010**
**MDL No. 10-2179**

## RECUSAL O R D E R

Before the Court are the following cases in the B3 Pleading Bundle that have been severed

from the above referenced multidistrict litigation and reallotted within this District.   (Rec Doc.

27028).  The cases listed below have been assigned to the undersigned United States Magistrate

Judge.

| CASE Number and Title |
|---|
| 2:13-cv-01031-LMA-DMD<br>Murphy v. BP Exploration & Production Inc. et al |
| 2:17-cv-04454-LMA-DMD<br>Moore v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04319-LMA-DMD<br>Dinkins v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04404-LMA-DMD<br>Lawson v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04353-LMA-DMD<br>Heathington v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04263-LMA-DMD<br>Sunseri v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03287-LMA-DMD<br>Howell v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03603-LMA-DMD<br>Reed v. BP Exploration & Production, Inc. et al |

| |
|---|
| 2:17-cv-03994-LMA-DMD<br>Gamble v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03690-LMA-DMD<br>Curbelo v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03516-LMA-DMD<br>Brown v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03322-LMA-DMD<br>Learn v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03182-LMA-DMD<br>English et al v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03155-LMA-DMD<br>Shearon et al v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04551-BWA-DMD<br>Smith v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04502-BWA-DMD<br>Poole, et al v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04223-BWA-DMD<br>Webb v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03582-BWA-DMD<br>Murray v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03645-BWA-DMD<br>Carpenter v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03548-BWA-DMD<br>Macon v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03281-BWA-DMD<br>Hockaday v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03304-BWA-DMD<br>Johns v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03298-BWA-DMD<br>Jackson v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03244-BWA-DMD<br>Griffin v. BP America, Inc. et al |
| 2:19-cv-11663-CJB-DMD<br>Barefoot v. BP Exploration & Production et al |

2:17-cv-04362-CJB-DMD
Hudson v. BP Exploration & Production, Inc. et al

2:17-cv-04345-CJB-DMD
Harris v. BP Exploration & Production, Inc. et al

2:17-cv-04248-CJB-DMD
Simmons v. BP Exploration & Production, Inc. et al

2:17-cv-04179-CJB-DMD
Schmidt v. BP Exploration & Production, Inc. et al

2:17-cv-03586-CJB-DMD
Naquin v. BP Exploration & Production, Inc. et al

2:17-cv-03392-CJB-DMD
McGill v. BP Exploration & Production, Inc. et al

2:17-cv-03070-CJB-DMD
Byrd v. BP Exploration & Production, Inc. et al

2:17-cv-03037-CJB-DMD
Bass v. BP Exploration & Production, Inc. et al

2:17-cv-02678-CJB-DMD
Miller v. BP p.l.c. et al

2:11-cv-01432-NJB-DMD
Simon v. Grand Isle Shipyard Inc. et al

2:17-cv-04606-NJB-DMD
Tebbs v. BP Exploration & Production, Inc. et al

2:17-cv-04593-NJB-DMD
Storey v. BP Exploration & Production, Inc. et al

2:17-cv-04323-NJB-DMD
Dykes v. BP Exploration & Production, Inc. et al

2:17-cv-04432-NJB-DMD
McDonald v. BP Exploration & Production, Inc. et al

2:17-cv-04470-NJB-DMD
Osbey v. BP Exploration & Production, Inc. et al

2:17-cv-04397-NJB-DMD
Hayes et al v. BP Exploration & Production, Inc. et al

2:17-cv-04301-NJB-DMD
Thomas v. BP Exploration & Production, Inc. et al

2:17-cv-04354-NJB-DMD
Hendrix v. BP Exploration & Production, Inc. et al

2:17-cv-04346-NJB-DMD
Harrison v. BP Exploration & Production, Inc. et al

2:17-cv-04195-NJB-DMD
Thomas v. BP Exploration & Production, Inc. et al

2:17-cv-04071-NJB-DMD
McGill v. BP Exploration & Production, Inc. et al

2:17-cv-03590-NJB-DMD
Norswearthy v. BP Exploration & Production, Inc. et al

2:17-cv-03132-NJB-DMD
Cotton v. BP Exploration & Production, Inc. et al

2:17-cv-03152-NJB-DMD
Dobbs v. BP Exploration & Production, Inc. et al

2:13-cv-02715-EEF-DMD
Miles v. BP Exploration & Production, Inc. et al

2:13-cv-01035-EEF-DMD
Turner v. BP Exploration & Production Inc. et al

2:17-cv-04655-EEF-DMD
Brooks v. BP Exploration & Production, Inc. et al

2:17-cv-04204-EEF-DMD
Torres v. BP Exploration & Production, Inc. et al

2:17-cv-04205-EEF-DMD
Townser v. BP Exploration & Production, Inc. et al

2:17-cv-03993-EEF-DMD
Gainey et al v. BP Exploration & Production, Inc. et al

2:17-cv-03325-EEF-DMD
Lewis v. BP Exploration & Production, Inc. et al

2:17-cv-03273-EEF-DMD
Henderson v. BP Exploration & Production, Inc. et al

2:17-cv-03180-EEF-DMD
England v. BP Exploration & Production, Inc. et al

2:17-cv-03143-EEF-DMD
Dedeaux v. BP Exploration & Production, Inc. et al

2:13-cv-03928-MLCF-DMD
Kendrick v. BP Exploration & Production Inc et al

2:11-cv-01200-MLCF-DMD
Hebert v. BP America, Inc. et al

2:17-cv-04448-MLCF-DMD
Mills v. BP Exploration & Production, Inc. et al

2:17-cv-04076-MLCF-DMD
O'Neal v. BP Exploration & Production, Inc. et al

2:17-cv-04571-GGG-DMD
Price v. BP Exploration & Production, Inc. et al

2:17-cv-04569-GGG-DMD
Jourden v. BP Exploration & Production, Inc. et al

2:17-cv-04581-GGG-DMD
Sewer v. BP Exploration & Production, Inc. et al

2:17-cv-04275-GGG-DMD
Weathersby v. BP Exploration & Production, Inc. et al

2:17-cv-04146-GGG-DMD
Pettway v. BP Exploration & Production, Inc. et al

2:17-cv-04225-GGG-DMD
Wensel v. BP Exploration & Production, Inc. et al

2:17-cv-03358-GGG-DMD
Martin v. BP Exploration & Production, Inc. et al

2:17-cv-03222-GGG-DMD
Taylor v. BP Exploration & Production, Inc. et al

2:17-cv-03215-GGG-DMD
Franklin v. BP Exploration & Production, Inc. et al

2:17-cv-03177-GGG-DMD
Poirson v. BP America Production Company et al

2:17-cv-03138-GGG-DMD
Dardar v. BP Exploration & Production, Inc. et al

2:16-cv-13873-GGG-DMD
Duke v. BP Exploration & Production, Inc. et al

2:12-cv-02333-ILRL-DMD
Brown et al v. BP Exploration & Production Inc. et al

2:17-cv-04626-ILRL-DMD
Warren v. BP Exploration & Production, Inc. et al

2:17-cv-04451-ILRL-DMD
Milsap v. BP Exploration & Production, Inc. et al

2:17-cv-04471-ILRL-DMD
Pace v. BP Exploration & Production, Inc. et al

2:17-cv-04174-ILRL-DMD
Reed v. BP Exploration & Production, Inc. et al

2:17-cv-04073-ILRL-DMD
Minor v. BP Exploration & Production, Inc. et al

2:17-cv-03546-ILRL-DMD
Lenard v. BP Exploration & Production, Inc. et al

2:17-cv-03386-ILRL-DMD
McDougle v. BP Exploration & Production, Inc. et al

2:17-cv-03332-ILRL-DMD
Liddell v. BP Exploration & Production, Inc. et al

2:17-cv-03294-ILRL-DMD
Jackson v. BP Exploration & Production, Inc. et al

2:17-cv-03233-ILRL-DMD
Hasdorff v. BP America Production Company et al

2:17-cv-04573-MVL-DMD
Robertson v. BP Exploration & Production, Inc. et al

2:17-cv-04664-MVL-DMD
Davis v. BP Exploration & Production, Inc. et al

2:17-cv-04398-MVL-DMD
King et al v. BP Exploration & Production, Inc. et al

2:17-cv-04240-MLCF-DMD
Woodland v. BP Exploration & Production, Inc. et al

2:17-cv-04358-SM-DMD
Holifield v. BP Exploration & Production, Inc. et al

2:17-cv-04130-SM-DMD
Bivins v. BP Exploration & Production, Inc. et al

2:17-cv-04588-JTM-DMD
Stapleton v. BP Exploration & Production, Inc. et al

2:17-cv-04255-JTM-DMD
Sproat v. BP Exploration & Production, Inc. et al

2:17-cv-03597-JTM-DMD
Pearson v. BP Exploration & Production, Inc. et al

2:17-cv-03647-JTM-DMD
Colbert v. BP Exploration & Production, Inc. et al

2:17-cv-03622-JTM-DMD
Walker v. BP Exploration & Production, Inc. et al

2:17-cv-03555-JTM-DMD
McInnis v. BP Exploration & Production, Inc. et al

2:17-cv-03574-JTM-DMD
Moore v. BP Exploration & Production, Inc. et al

2:17-cv-03321-JTM-DMD
Learn v. BP Exploration & Production, Inc. et al

2:17-cv-03310-JTM-DMD
Joiner v. BP Exploration & Production, Inc. et al

2:17-cv-03125-JTM-DMD
Charles v. BP Exploration & Production, Inc. et al

2:17-cv-03022-JTM-DMD
Anderson v. BP Exploration & Production, Inc. et al

2:17-cv-04489-SM-DMD
Powell v. BP Exploration & Production, Inc. et al

2:17-cv-04379-SM-DMD
Jones v. BP Exploration & Production, Inc. et al

2:17-cv-04366-SM-DMD
Jackson v. BP Exploration & Production Inc. et al

2:17-cv-04343-SM-DMD
Harris v. BP Exploration & Production, Inc. et al

2:17-cv-04256-SM-DMD
Spurlock v. BP Exploration & Production, Inc. et al

2:17-cv-04140-SM-DMD
Brown v. BP Exploration & Production, Inc. et al

2:17-cv-04180-SM-DMD
Smith v. BP Exploration & Production, Inc. et al

2:17-cv-03725-SM-DMD
Davenport v. BP Exploration & Production, Inc. et al

2:17-cv-03610-SM-DMD
Sellers v. BP Exploration & Production, Inc. et al

2:17-cv-03223-SM-DMD
Gara v. BP Exploration & Production, Inc. et al

2:17-cv-03201-SM-DMD
Taylor et al v. BP Exploration & Production, Inc. et al

2:17-cv-03115-SM-DMD
Buckley v. BP Exploration & Production, Inc. et al

2:17-cv-03056-SM-DMD
Branch v. BP Exploration & Production, Inc. et al

2:17-cv-03017-SM-DMD
Alexander v. BP Exploration & Production, Inc. et al

2:16-cv-13476-SM-DMD
Boggs v. BP Exploration & Production, Inc. et al

2:17-cv-04565-SSV-DMD
Norris v. BP Exploration & Production, Inc. et al

2:17-cv-04614-SSV-DMD
Turner v. BP Exploration & Production, Inc. et al

2:17-cv-04624-SSV-DMD
Wade v. BP Exploration & Production, Inc. et al

2:17-cv-04269-SSV-DMD
Treme v. BP Exploration & Production, Inc. et al

2:17-cv-04253-SSV-DMD
Spencer v. BP Exploration & Production, Inc. et al

2:17-cv-04145-SSV-DMD
Butler v. BP Exploration & Production, Inc. et al

2:17-cv-03284-SSV-DMD
Holifield v. BP Exploration & Production, Inc. et al

2:17-cv-03558-SSV-DMD
McMeans v. BP Exploration & Production, Inc. et al

2:17-cv-03524-SSV-DMD
Campbell v. BP Exploration & Production, Inc. et al

2:17-cv-03282-SSV-DMD
Hodge v. BP Exploration & Production, Inc. et al

2:17-cv-03208-SSV-DMD
Fowler v. BP Exploration & Production, Inc. et al

2:17-cv-03131-SSV-DMD
Collier v. BP Exploration & Production, Inc. et al

2:17-cv-03107-SSV-DMD
Brumfield v. BP Exploration & Production, Inc. et al

2:17-cv-03119-SSV-DMD
Campbell v. BP Exploration & Production, Inc. et al

2:17-cv-04644-WBV-DMD
Swanier v. BP Exploration & Production, Inc. et al

2:17-cv-04299-WBV-DMD
Stewart v. BP Exploration & Production, Inc. et al

2:17-cv-03594-WBV-DMD
Paige v. BP Exploration & Production, Inc. et al

2:17-cv-03552-WBV-DMD
McCray v. BP Exploration & Production, Inc. et al

2:17-cv-03228-WBV-DMD
Martin et al v. BP Exploration & Production, Inc. et al

2:17-cv-03050-WBV-DMD
Blanks v. BP Exploration & Production, Inc. et al

2:17-cv-03038-WBV-DMD
Beacham v. BP Exploration & Production, Inc. et al

2:17-cv-04284-JCZ-DMD
Richard v. BP Exploration & Production, Inc. et al

2:17-cv-04613-JCZ-DMD
Tobias v. BP Exploration & Production, Inc. et al

2:17-cv-04649-JCZ-DMD
McMillan v. BP Exploration & Production, Inc. et al

2:17-cv-04386-JCZ-DMD
Joseph v. BP Exploration & Production, Inc. et al

2:17-cv-04360-JCZ-DMD
Houser v. BP Exploration & Production, Inc. et al

2:17-cv-04339-JCZ-DMD
Hardy v. BP Exploration & Production, Inc. et al

2:17-cv-04233-JCZ-DMD
Williams v. BP Exploration & Production, Inc. et al

2:17-cv-04178-JCZ-DMD
Roan v. BP Exploration & Production, Inc. et al

2:17-cv-03999-JCZ-DMD
Hohnadell et al v. BP Exploration & Production, Inc. et al

2:17-cv-03579-JCZ-DMD
Morgan v. BP Exploration & Production, Inc. et al

2:17-cv-03637-JCZ-DMD
Blackston v. BP Exploration & Production, Inc. et al

2:17-cv-03364-JCZ-DMD
Mayfield v. BP Exploration & Production, Inc. et al

2:17-cv-03505-JCZ-DMD
Bowden v. BP Exploration & Production, Inc. et al

2:17-cv-03414-JCZ-DMD
Williams v. BP Exploration & Production, Inc. et al

**IT IS ORDERED** that the undersigned United States Magistrate Judge is recused from further participation in these cases pursuant to 28 U.S.C. § 455(a).   The Clerk of Court is **ORDERED** to reallot the above-captioned cases to a Magistrate Judge of this Court other than Division 3.

New Orleans, Louisiana, this 27th day of April, 2021.


**DANA M. DOUGLAS**
**UNITED STATES MAGISTRATE JUDGE**